**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**JUDGE:**
**CASE:**

**ALDO RENZO, an individual**
**Plaintiff(s),**

**08-23081-CIV-GRAHAM/TORRES**

**Vs.**

**P & B CAPITAL GROUP OF NEW YORK, LLC.**
**Defendant(s),**

_____/

FILED by ___A$3___ D.C.

NOV 0 5 2008

STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. OF FLA. MIAMI

## COMPLAINT
**JURY DEMAND**

1.     Plaintiff, alleges violation of the Fair Debt Collection Practices

Act, 15 U.S.C. § 1692 et seq. (FDCPA").

## JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. §§ 1331, 1337 and

15 U.S.C.  § 1692k.  Venue in this District is proper because Plaintiff

resides here and Defendant sent letters into this District.

## Parties

3.     Plaintiff, **ALDO RENZO,** is a natural person who resides in

Miami-Dade County, Florida.

4.     Defendant, P & B CAPITAL GROUP OF NEW YORK, LLC. is

believed to be a corporation with its principal place of business at

461 Ellicott St 3rd Floor, Buffalo, NY 14203.

5.     Defendant regularly uses the mail and telephone in a business

the principal purpose of which is the collection of debts.

6.     Defendant regularly collects or attempts to collect debts for other

parties.  It is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

7.     Defendant sought to collect from Plaintiff an alleged debt for

arising from a credit card used for personal, family or household

purposes.

8. On or about July 8, 2008, Defendant sent Plaintiff a letter

attempting to collect the alleged debt. Plaintiff received the letter

shortly thereafter.

9. Based upon information and belief, the letter was Defendant's first

communication with Plaintiff with respect to the debt alleged therein.

10. The letter states "Federal law gives you thirty days after you

receive this letter to dispute the validity of this debt or any part of it.

If you do not dispute the validity of this debt or any part of it within

that period, we will assume that the debt is valid.  Thereafter, we will

be free to pursue any available rights and remedies we may have against you without further notice.

11. Defendant's notice is an unfair and unconscionable means to collect or attempt to collect a debt.

## COUNT 1

## FAILURE TO PROPERLY NOTIFY PLAINTIFF AND

## MISREPRESENTATION IN VIOLATION OF 15 U.S.C. § 1692g

## and § 1692f

12. Plaintiff incorporates Paragraphs 1 through 11.

13. Defendant failed to notify Plaintiff of the original creditor in

violation of 15 U.S.C. § 1692g and § 1692f.

14. As the said letter contradicts itself and fails to advise the

consumer that any dispute must be "in writing".

15. Upon information and belief, other sections of the FDCPA have also been violated.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests that the Court enter Judgment in

favor of Plaintiff and against Defendant for:

    a. Damages;

Page 3 of 4

b.  Attorney's fees, litigation expenses and costs of suit; and

c.  Such other or further relief as the Court deems proper.

## Jury Trial Demand

Plaintiff is entitled to and hereby demands a trial by jury. US Const. Amend. 7  Fed. R. Civ. Pro. 38.

Dated  this 28th day of October of 2008.

Respectfully submitted,
Law Offices of
**GHAZAL & GOMEZ, LLC.**
**ATTN: MICHAEL GOMEZ, ESQ.**
Attorney for Plaintiff
1930 Tyler Street
Hollywood, FL 33020
Tel.  954.921.7676
Fax. 954.925.7816


__/s/Michael Gomez_____
Michael Gomez, ESQ.
FBN: 043338


_____
Samira Ghazal, ESQ.
As Co-Counsel
FBN: 0864617

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as requir___ by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the u__ of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Aldo Renzo

**DEFENDANTS**

P & O capital group

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

## 08-23081-CIV-GRAHAM/TORRES

FILED by AB D.C.

NOV 0 5 2008

STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. OF FLA. MIAMI

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) 954-921-2676
Michael Souza
1930 Tyler St. Hollywood, FL 33080

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

## 08-23081-Graham/Torres

| II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY) | III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF<br>(For Diversity Cases Only) AND ONE BOX FOR DEFENDANT) |
|---|---|

| | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) | Citizen of This State ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| | | Citizen or Subject of a ☐ 3 Foreign Country | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

| ☑ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | Appeal to District Judge from ☐ 7 Magistrate Judgment |
|---|---|---|---|---|---|---|

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury – Product Liability | B☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 640 R.R. & Truck | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| B☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | B☐ 535 Death Penalty | | A☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | | A☐ 900 |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

15 U.S.C. § 1692 K                    FDCPA

LENGTH OF TRIAL
via _____ days estimated (for both sides to try entire case)

DEMAND $ _____   CHECK YES only if demanded in complaint:

**VII. REQUESTED IN COMPLAINT:**   CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23                 JURY DEMAND: ☐ YES  ☐ NO

**VIII. RELATED CASE(S)** (See instructions):   JUDGE _____   DOCKET NUMBER _____
IF ANY

DATE 10/24/08

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 989862   AMOUNT $350.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

11/05/08

5 of 5