UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALDO RENZO

        Plaintiffs,                      CASE NO:    08-23081
v.                                                           Judge GRAHAM

P& B CAPITAL GROUP OF NEW YORK, LLC.,

        Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the plaintiff, pursuant to F.R.C.P. 41(A)(1) to say that the Plaintiff voluntarily dismisses **P& B CAPITAL GROUP OF NEW YORK, LLC**., with prejudice in the above-styled case.

DATED on December 18, 2008

                                                             S/   Michael W. Gomez
                                                             Michael W. Gomez, Esq.
                                                             Attorney for Plaintiff
                                                             FBN 00043338
                                                            1930 TYLER STREET
                                                            HOLLYWOOD, FL 33020
                                                           954-921-7676/954-925-7816

CERTIFICATE OF SERVICE

I certify that the following parties, pursuant to Local Rule, were served electronically through the ECF case management system: